## IN the INTEREST OF: D.D., Appellant,

v.

## JUVENILE OFFICER, Respondent.

### WD 77775

Missouri Court of Appeals,
Western District.

FILED: September 22, 2015

Craig A. Johnston, Columbia, MO, for Appellant.

---

**2.** Having dismissed Appellant's appeal on this basis, we need not address the PSC's separate

Lori A. Fluegel, Kansas City, MO, for Respondent.

Before Division Four: Alok Ahuja, C.J., and Joseph M. Ellis and Thomas H. Newton, JJ.

## ORDER

Juvenile Officer, Respondent,

v.

## S.L.C., Appellant.

### WD 78205

Missouri Court of Appeals,
Western District.

ORDER FILED: September 22, 2015

motion to dismiss the appeal on different grounds.

Edward E. Moore, Kansas City, MO, for respondent.

Megan Roth, Kansas City, MO, for appellant.

Before Division One: Cynthia L. Martin, Presiding Judge, Joseph M. Ellis, Judge and James E. Welsh, Judge.

## ORDER

Per curiam:

S.L.C. appeals an adjudication judgment finding that her daughter should be subject to the jurisdiction of the court due to allegations that the child was without the proper care, custody, and support necessary for her well-being. Finding no error, we affirm. Rule 84.16(b).